# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Susan Dobrzeniecki, et al.

                                     Plaintiff,

v.                                                Case No.: 1:11–cv–07956
                                                Honorable James F. Holderman

St. James Hospital, et al.

                                     Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 8, 2015:

      MINUTE entry before the Honorable James F. Holderman: Defendants Franciscan Alliance, Dr. Brown, and Dr. Yates may file a reply in support of their Bills of Costs [285], [286] by 4/14/2015. Notices mailed by Judicial Staff. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.